IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION



IN THE MATTER OF THE
SEALED SEARCH WARRANTS

## GOVERNMENT'S MOTION TO UNSEAL

COMES NOW the United States of America, by and through its United States Attorney for the Northern District of Texas, and respectfully moves this Honorable Court for an Order to UNSEAL all documents on file for the search warrants listed below:

4:13-MJ-294
4:13-MJ-435
4:13-MJ-449
4:13-MJ-450
4:14-MJ-001
4:14-MJ-034
4:14-MJ-117
4:14-MJ-124
4:14-MJ-154
4:14-MJ-173
4:14-MJ-191
4:14-MJ-193
4:14-MJ-226
4:14-MJ-227
4:14-MJ-265
4:14-MJ-266
4:14-MJ-358
4:14-MJ-391
4:14-MJ-398

1)   The matters above were presented to this Court in furtherance of an investigation into conspiracies involving interstate stalking and conspiracy to commit murder for hire.   This Court sealed all filings.

**Motion to Unseal - Page 1**

2)   Law enforcement has no reason to believe that the investigation would be jeopardized by the public disclosure of the sealed documents in the above-captioned matter.

3)   Therefore, the Government requests that the Court grant an order unsealing all filings in the above-captioned matter.

Respectfully submitted,

SARAH R. SALDAÑA
UNITED STATES ATTORNEY

/s/ Joshua T. Burgess
JOSHUA T. BURGESS
Assistant United States Attorney
State Bar No. 24001809
801 Cherry Street, Suite 1700
Fort Worth, Texas   76102
Telephone:  817-252-5200
Facsimile:  817-252-5455